UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZACHARY THOMAS HARGRAVES,<br><br>    Plaintiff,<br><br>    v.<br><br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-CV-02049-TWT |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 18]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 4th day of June, 2025.


THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE