**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ZACHARY THOMAS HARGRAVES,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **1:24-cv-02049-TWT-CMS** |
| **EQUIFAX INFORMATION SERVICES, LLC,** | |
| **Defendant.** | |

**STIPULATION TO DISMISS AS TO EQUIFAX ONLY**

Plaintiff Zachary Thomas Hargraves and Defendant Equifax Information Services, LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: July 17, 2025

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC

Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ N. Charles Campbell*
N. Charles Campbell
Ga. Bar No. 210929
charles.campbell@equifax.com
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I filed a true and correct copy of the foregoing Stipulation to Dismiss with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland